1  CENTER FOR DISABILITY ACCESS
   Russell Handy, Esq., SBN 195058
2  Phyl Grace, Esq., SBN 17177
   Dennis Price, SBN 279082
3  Mary Melton, Esq., SBN 164407<u>Mail</u>: PO Box 262490
   San Diego, CA 92196-2490
4  <u>Delivery</u>: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

7  ANDREW J. SOMMER (SBN: 192844)
   asommer@connmaciel.com
8  CONN MACIEL CAREY LLP
   870 Market Street, Suite 1111
9  San Francisco, California 94102
   Telephone: (415) 268-8994
10 Facsimile: (415) 268- 8881
   Attorney for Defendant
11 Courtyard Management Corporation

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA

14 | SCOTT JOHNSON,                         ) Case No.: 4:17-CV-04233-HSG
                                            )
15 |         Plaintiff,                     )
                                            ) **JOINT NOTICE OF SETTLEMENT**
16 |    v.                                  )
                                            )
17 | COURTYARD MANAGEMENT                   )
     CORPORATION, a Delaware                )
18 | Corporation; and Does 1-10,            )
                                            )
19 |         Defendants.                    )
                                            )
20                                          )
                                            )
21 |_____ )

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: February 13, 2018                CENTER FOR DISABILITY ACCESS

                                        By: /s/Phyl Grace
                                            Phyl Grace
                                            Attorneys for Plaintiff

Dated: February 13, 2018                CONN MACIEL CAREY LLP


                                        By: /s/Andrew J. Sommer
                                            Andrew J. Sommer
                                            Attorney for Defendant
                                            Courtyard Management Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Andrew J. Sommer, counsel for Courtyard Management Corporation, and that I have obtained Mr. Sommer's authorization to affix his electronic signature to this document.

Dated: February 13, 2018            CENTER FOR DISABILITY ACCESS

                                    By: /s/Phyl Grace
                                        Phyl Grace
                                        Attorneys for Plaintiff